| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott Gelin, Esq., Bar #SG9599<br>Greenberg Traurig LLP<br>200 Park Avenue, 34th Floor<br>New York, NY 10166<br>Telephone No: 212-801-9200   *FAX No:* 212-801-6400 | | *For Court Use Only* |
| *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | |
| *Plaintiff:* Cartier International N.V., et al. | | |
| *Defendant:* Luxlux D/B/A www.Luxlux.com, et al. | | |

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV01904 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Rule 7.1 Statement

3. a. Party served:  Luxlux D/B/A www.Luxlux.com

4. Address where the party was served:  530 Finders Way
   El Dorado Hills, CA 95762

5. I served the party:
   b. **by substituted service.** On: Wed., Feb. 27, 2008 at: 7:14PM I left the documents listed in item 2 with or in the presence of:
      Mark Loo, Person in Charge
   (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Feb. 28, 2008 from: Sacramento, CA

7. *Person Who Served Papers:*
   a. Mike Singh

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   2/29/08
   *(Date)*

   *Fee for Service:*  $106.00
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   *(Signature)*



SAVANNAH R. PAYNE
Commission # 1669123
Notary Public - California
Sacramento County
My Comm. Expires May 22, 2010

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  5/22/2010
   *(Date)*

   AFFIDAVIT OF SERVICE  *(Notary Public)*

   scoge.88220