| Attorney or Party without Attorney: Scott Gelin, Esq., Bar #SG9599<br>Greenberg Traurig LLP<br>200 Park Avenue, 34th Floor<br>New York, NY  10166<br>Telephone No: 212-801-9200   FAX No: 212-801-6400 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: Cartier International N.V., et al. | |
| Defendant: Luxlux D/B/A www.Luxlux.com, et al. | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV01904 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Rule 7.1 Statement

3. a. Party served:        Mark Rogivue a/k/a Mark Loo
   b. Person served:       Mark Rogivue a/k/a Mark Loo, Personally

4. Address where the party was served:    530 Finders Way
                                          El Dorado Hills, CA  95762

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 27, 2008 (2) at: 7:14PM

7. *Person Who Served Papers:*
   a. Mike Singh

   *Fee for Service:* $106.00
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

2/29/08
(Date)

(Signature)



SAVANNAH R. PAYNE
Commission # 1669123
Notary Public - California
Sacramento County
My Comm. Expires May 22, 2010

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 5/22/2010
(Date)

AFFIDAVIT OF SERVICE        (Notary Public))

scoge.88223