| Attorney or Party without Attorney:<br>Scott Gelin, Esq., Bar #SG9599<br>Greenberg Traurig LLP<br>200 Park Avenue, 34th Floor<br>New York, NY 10166<br>Telephone No: 212-801-9200    FAX No: 212-801-6400 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: Cartier International N.V., et al. | |
| Defendant: Luxlux D/B/A www.Luxlux.com, et al. | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV01904 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Rule 7.1 Statement

3. a. Party served:                Denise Loo
   b. Person served:              Denise Loo, Personally

4. Address where the party was served:    530 Finders Way
                                          El Dorado Hills, CA  95762

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 27, 2008 (2) at: 7:14PM

7. *Person Who Served Papers:*
   a. Mike Singh

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   Voice: 916.449.8990
   FAX: 916.449.8991

   2/29/08
   (Date)

   *Fee for Service:*    $106.00
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   _____
   (Signature)



SAVANNAH R. PAYNE
Commission # 1669123
Notary Public - California
Sacramento County
My Comm. Expires May 22, 2010

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  5/22/2010
                          (Date)

   AFFIDAVIT OF SERVICE            _Savannah Payne_
                                   (Notary Public)
                                   scoge.88225