# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTIER INTERNATIONAL N.V.; CARTIER CREATION STUDIO, S.A.; OFFICINE PANERAI, N.V., <br><br> Plaintiffs, <br><br> v. <br><br> LUXLUX d/b/a WWW.LUXLUX.COM; MARK ROGIVUE a/k/a MARK LOO; DENISE LOO; BRENDA LOO; JOHN AND JANE DOES 1-10 (Unidentified); and XYZ COMPANIES 1-10 (Unidentified), <br><br> Defendants. | APPEARANCE <br><br> CIV. ACTION NO.: 08-01904 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for CARTIER INTERNATIONAL N.V.; CARTIER CREATION STUDIO, S.A. & OFFICINE PANERAI, N.V.

    I certify that I am admitted to practice in this court.

3/14/08
Date

_____
Scott D. Gelin
Bar No: SG9599
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400