# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CARTIER INTERNATIONAL N.V.; CARTIER CREATION STUDIO, S.A.; OFFICINE PANERAI, N.V.,

        Plaintiffs,

v.

LUXLUX d/b/a WWW.LUXLUX.COM; MARK ROGIVUE a/k/a MARK LOO; DENISE LOO; BRENDA LOO; JOHN AND JANE DOES 1-10 (Unidentified); and XYZ COMPANIES 1-10 (Unidentified),

        Defendants.

APPEARANCE

CIV. ACTION NO.: 08-01904

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for CARTIER INTERNATIONAL N.V.; CARTIER CREATION STUDIO, S.A. & OFFICINE PANERAI, N.V.

    I certify that I am admitted to practice in this court.

_3/14/08_
Date

_[signature]_
Julie P. Bookbinder
Bar No: JB3854
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400

NY 238,723,767v1 3/14/2008