# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

CARTIER INTERNATIONAL N.V.; CARTIER
CREATION STUDIO, S.A.; OFFICINE PANERAI,
N.V.,

        Plaintiffs,

v.

LUXLUX d/b/a WWW.LUXLUX.COM; MARK
ROGIVUE a/k/a MARK LOO; DENISE LOO;
BRENDA LOO; JOHN AND JANE DOES 1-10
(Unidentified); and XYZ COMPANIES 1-10
(Unidentified),

        Defendants.

APPEARANCE

CIV. ACTION NO.: 08-01904

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for CARTIER INTERNATIONAL N.V.; CARTIER CREATION STUDIO, S.A. & OFFICINE PANERAI, N.V.

    I certify that I am admitted to practice in this court.

3/14/08
Date

Scott D. Gelin
Bar No: SG9599
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Phone: 212-801-9200
Fax: 212-801-6400