| Attorney or Party without Attorney: Scott Gelin, Esq., Bar #SG9599<br>Greenberg Traurig LLP<br>200 Park Avenue, 34th Floor<br>New York, NY 10166<br>Telephone No: 212-801-9200    FAX No: 212-801-6400 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | |
| Plaintiff: Cartier International N.V., et al. | | |
| Defendant: Luxlux D/B/A www.Luxlux.com, et al. | | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV01904 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Rule 7.1 Statement

3. a. Party served:                           Brenda Loo

4. Address where the party was served:       3111 Strand Road
                                              Rocklin, CA 95765

5. I served the party:
   b. **by substituted service.** On: Tue., Mar. 04, 2008 at: 9:24PM I left the documents listed in item 2 with or in the presence of:
   Todd Epidson, Occupant, White, Male, 40 Years Old, Black Hair, 6 Feet 4 Inches, 200 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Mar. 04, 2008 from: Sacramento, CA

7. **Person Who Served Papers:**              Fee for Service:    $187.00
   a. Robert J. Mason                         I Declare under penalty of perjury under the laws of the State of
                                              New York that the foregoing is true and correct.

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   **Voice: 916.449.8990**
   **FAX: 916.449.8991**

   3-25-08
   (Date)                    (Signature)



8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  6/04/08
                          (Date)

   **AFFIDAVIT OF SERVICE**                   (Notary Public)

   scoge.88226