# Greenberg Traurig
# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

Scott Gelin
Tel. (212) 801-2191
Fax (212) 801-8400
gelins@gtlaw.com

July 14, 2008

**VIA FACSIMILE (212-805-7949)**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St., Room 2260
New York, NY 10007

Re: <u>Cartier Int'l. N.V., et al. v. Luxlux, et al., 08 CV 1904 (KC)</u>

Dear Judge Castel:

We are counsel for Plaintiffs Cartier International N.V., Cartier Creation Studio, S.A., and Officine Panerai, N.V. in the above-captioned matter and respectfully write to request an extension of the time period in which to settle, which would otherwise expire this week under the Order of Dismissal dated April 16, 2008. The parties have reached a settlement in principle and expect to formalize a settlement agreement within the next thirty days, followed by a dismissal with prejudice shortly thereafter. Defendants have consented to this extension.

Very truly yours,

GREENBERG TRAURIG, LLP

By: _____
Scott Gelin

*[Handwritten endorsement:]* Application granted to the extent that the time to reopen the action extended to August 15, 2008. SO ORDERED. /s/ P. Kevin Castel USDJ 7-14-08

cc: Defendants VIA FEDERAL EXPRESS